IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXIGEN THERAPEUTICS, INC., | ) |
| Plaintiff, | ) ) ) C. A. No.: 15-451-RGA |
| v. | ) ) |
| ACTAVIS LABORATORIES FL, INC., | ) ) |
| Defendant. | ) |

**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL OF
U. S. PATENT NO. 9,125,868 AND CERTAIN OTHER CLAIMS**

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, and as jointly presented to the Court by the parties during trial, that:

(1) Plaintiff asserted at trial infringement of Claim 11 of U.S. Patent No. 8,916,195 ("the '195 Patent"), Claim 1 of United States Patent No. 7,375,111 ("the '111 Patent"), and Claims 2, 15, 26, and 31 of United States Patent No. 7,462,626 ("the '626 Patent") (collectively, the "Asserted Claims").

(2) Plaintiff stipulates to the dismissal, with prejudice, of its claims of infringement of:

(i) all claims of the '195 Patent, the '111 Patent, and the '626 Patent other than the Asserted Claims; and

(ii) United States Patent No. 9,125,868 ("the '868 Patent") in its entirety ((i) and (ii) are collectively, the "Dismissed Claims and Patent").

(3) The Asserted Claims, and Defendant's counterclaims relating to the Asserted Claims, remain asserted in this case and are not impacted at all by this stipulation.

(4) Defendant stipulates to the dismissal, with prejudice, of its defenses and counterclaims relating to the Dismissed Claims and Patent.

(5) Plaintiff and Defendant each waive any right to assert any and all claims and counterclaims that could have been brought in connection with the Dismissed Claims and Patent.

Dated: August 30, 2017

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Mary B. Graham | /s/ James L. Higgins |
| Mary B. Graham (No. 2256)<br>Rodger D. Smith II (No. 3778)<br>Stephen J. Kraftschik (No. 5623)<br>Anthony D. Raucci (No. 5948)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>rsmith@mnat.com<br>skraftschik@mnat.com<br><br>PAUL HASTINGS<br>Chad J. Peterman<br>Bruce M. Wexler<br>Simon F. Kung<br>Michael F. Werno<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br><br>*Attorneys for Orexigen Therapeutics, Inc.* | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Robert M. Vrana (No. 5666)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>jhiggins@ycst.com<br>rvrana@ycst.com<br><br>GREENBERG TRAURIG, LLP<br>Scott J. Bornstein<br>Jonathan D. Ball, Ph.D.<br>Richard C. Pettus<br>Justin A. MacLean<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-9200<br><br>*Attorneys for Actavis Laboratories FL, Inc.* |

SO ORDERED this  31  day of  August , 2017.

/s/ Richard G. Andrews
United States District Judge

2