# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Mary B. Graham**
(302) 351-9199
mgraham@mnat.com

October 13, 2017

**BY CM/ECF AND HAND DELIVERY**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street, Room 6325, Unit 9
Wilmington, DE 19801-3555

> Re:   *Orexigen Therapeutics, Inc. v. Actavis Labs. FL, Inc.*,
>       C.A. No. 15-451 (RGA)

Dear Judge Andrews:

This firm, along with Paul Hastings LLP, represents Orexigen in the above-referenced Hatch-Waxman action. The 30-month regulatory stay ends on or around October 21, 2017 and Orexigen is concerned that Actavis will launch its generic of Orexigen's Contrave® product at risk at that time. Contrave® is Orexigen's only product and such a launch would cause immediate and irreparable harm to Orexigen.

To avoid unnecessary expedited motion practice, Orexigen has sought assurances from Actavis that it would provide advanced notification of launch in sufficient time to allow Orexigen to seek injunctive relief from the Court to enjoin a launch prior to the Court's issuance of a final decision on the merits. Actavis has not agreed to provide any advanced notification. We respectfully request a teleconference at the Court's earliest convenience to discuss how the Court wishes the parties to proceed.

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/dam
cc:   Clerk of the Court (by hand delivery)
      Counsel of Record (by CM/ECF and email)

11354328