IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NALPROPION PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-451 (RGA) |
| ) | |
| ACTAVIS LABORATORIES FL, INC., ) | |
| ) | |
| Defendant. ) | |

## AMENDED FINAL JUDGMENT

For the reasons stated in the Court's October 13, 2017 Trial Opinion (D.1. 184) and the Federal Circuit's August 15, 2019 Opinion, the Court enters an amended judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Final judgment is entered in favor of Defendant Actavis Laboratories FL, Inc. ("Actavis") and against Plaintiff Nalpropion Pharmaceuticals, Inc. ("Nalpropion") that claim 1 of U.S. Patent No. 7,375,111 ("the '111 patent") is invalid.

2. Final judgment is entered in favor of Actavis and against Nalpropion that claims 26 and 31 of U.S. Patent No. 7,462,626 ("the '626 patent") are invalid.

3. Final judgment is entered in favor of Nalpropion and against Actavis that claim 11 of U.S. Patent No. 8,916,195 ("the '195 patent") is not invalid.

4. Final judgment is entered in favor of Nalpropion and against Actavis that the filing of ANDA No. 208043 constitutes infringement of claim 11 of the '195 patent under 35 U.S.C. § 271(e)(2)(A).

5. Final judgment is entered in favor of Nalpropion and against Actavis that the use of the Naltrexone Hydrochloride and Bupropion Hydrochloride Extended-release Tablets

that are the subject of ANDA No. 208043 would constitute infringement of claim 11 of the '195 patent under 35 U.S.C. § 271(b).

6. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval by the United States Food and Drug Administration of ANDA No. 208043 under § 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) shall be a date not earlier than the date of expiration of the '195 patent, including any applicable periods of regulatory exclusivity.

7. Pursuant to 35 U.S.C. §§ 271(e)(4)(B) and 283, Actavis and its officers, agents, servants, employees, affiliates, and attorneys and those in active concert or participation therewith, are hereby enjoined prior to the date of expiration of the '195 patent, including any applicable periods of regulatory exclusivity, from selling or offering for sale within the United States the Naltrexone Hydrochloride and Bupropion Hydrochloride Extended-release Tablets that are the subject of ANDA No. 208043. This permanent injunction is effective as of the date of the Court's October 13, 2017 Trial Opinion (D.I. 184).

SO ORDERED this 20 day of October, 2020

_____
United States District Judge

2